# United States District Court
### for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) Case No. 2:25-MJ-00698-JAG |
| **KYLE C. TEEPLES,** | ) |

## CRIMINAL COMPLAINT

I, Ian Burns, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about December 10, 2025, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(8), | Felon in Possession of a Firearm |

*Kyle C. Teeples*

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

**Ian Burns, Special Agent FBI**

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: **December 12, 2025**

_____
Judge's signature

**James A. Goeke, United States Magistrate Judge**

*Printed name and title*

City and state: Spokane, Washington