AUSA: CAB

County: Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2025

SEAN F. McAVOY, CLERK

*In re Affidavit in Support of Criminal Complaint as to Kyle C. Teeples (2:25-CR-698-JAG)*

State of Washington   )

                      : ss

County of Spokane    )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ian Burns, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of a criminal complaint and this issuance of an arrest warrant for Kyle C. Teeples for violating 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm.

2.    I am a Special Agent of the Federal Bureau of Investigation (hereafter, "FBI"), and as such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code (U.S.C.), Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, U.S.C., Section 2516.

3.    I have been employed with FBI since July 2014. I am currently assigned to the FBI Seattle Field Office, Spokane Resident Agency, where I am responsible for investigating a variety of federal violent crime matters.  As an FBI Special Agent, I have successfully completed FBI New Agent Training at the FBI Academy in Quantico, Virginia.  I receive routine training from the FBI in criminal law and procedure and have attended advanced level training in various investigative techniques.

4.    During my professional training and experience, I have conducted and led investigations into federal sex trafficking, child sexual abuse material, firearm, and drug trafficking-related matters.  I have also participated in online undercover operations, and in the execution of search warrants at locations associated with these individuals.  During the execution of search warrants, I have participated in the recovery of evidence related to crimes against children, firearms, and narcotic-related violations.  Through this experience and training and

based upon the experience of other Special Agents which have been relayed to me, I have become familiar with the modus operandi of sex traffickers, narcotics traffickers, and illegal possessors of firearms and ammunition as enumerated herein.

5. The purpose of this affidavit is limited and therefore does not contain all facts and circumstances known to me or other law enforcement officers about this investigation. All dates and times are intended to be estimates. All opinions expressed are based on my training, experience, and common sense, unless otherwise noted. The events described occurred in the Eastern District of Washington.

## INVESTIGATION

6. The Spokane United States Marshals Service ("USMS") Violent Offender Task was contacted by a Deputy United States Marshal in the District of Oregon reference a federal fugitive with an active arrest warrant who was on federal supervision for a previous felon in possession of a firearm conviction, known to be armed, and had connections to the Spokane, Washington area. The fugitive was also believed be involved in a missing and endangered persons case out of Oregon – as the missing / endangered female was last seen with the fugitive.

7. On December 10, 2025, multiple individuals identified a male and female consistent with the description of the fugitive and the missing and endangered female as being in the Airway Heights, Washington area, to include at a local motel they were reported to be staying. The USMS task force arrived at the local motel and identified an individual who appeared to match the description of the fugitive. Given the attendant circumstance, to include officer safety, they detained the individual. The individual verbally identified himself as Kyle TEEPLES ("TEEPLES") and subsequently admitted to possessing a firearm in his fanny pack-type satchel which was on his person when contacted. TEEPLES was confirmed to be his true identity, and that he was not the Oregon fugitive.

8. A search warrant was obtained for the fanny pack-type satchel and a Ruger .357 magnum revolver bearing serial number 150-253687 was located along with several grams of suspected fentanyl powder.

9. Review of TEEPLES known criminal history shows 11 prior felony convictions, to include a 2022 conviction for Attempted Second Degree Robbery wherein he was sentenced to 51 months of incarceration. This conviction would prohibit him from possessing a firearm under

18 U.S.C. § 922(g)(1).

10.    ATF has provided an oral nexus opinion that the Ruger firearm's possession in the Eastern District of Washington affected interstate or foreign commerce.

11.    Based on the foregoing, I submit that there is probable cause to believe that on December 10, 2025, TEEPLES committed the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

*[signature]*

Ian Burns
Special Agent
FBI

Sworn to telephonically and signed electronically on this 12th day of December, 2025.

*[signature]*

The Honorable James A. Goeke
United States Magistrate Judge